W. Preston Hix, Respondent, *v.* Edison Electric Light Company, Appellant.

*Hix* v. *Edison Electric Light Co.,* 27 App. Div. 248, affirmed.
(Argued May 4, 1900; decided May 22, 1900.)

Appeal from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered April 11, 1898, upon an order affirming a judgment in favor of plaintiff entered upon a verdict, and an order denying a motion for a new trial.

*Eugene H. Lewis* and *John C. Rowe* for appellant.

*John C. Tomlinson* for respondent.

Judgment and order affirmed, with costs; no opinion.
Concur: Parker, Ch. J., Gray, Martin, Vann, Cullen and Werner, JJ. Not voting: Bartlett, J.

---

Marcus Gardiner, Respondent, *v.* Richard H. Van Alstyne et al., Appellants.

*Gardiner* v. *Van Alstyne,* 22 App. Div. 579, affirmed.
(Argued May 4, 1900; decided May 22, 1900.)

Appeal from a judgment of the Appellate Division of the Supreme Court in the third judicial department, entered February 2, 1898, affirming a judgment in favor of plaintiff entered upon a verdict directed by the court, and an order denying a motion for a new trial.

*W. E. Kisselburgh, Jr.,* for appellants.

*James C. Fursman* for respondent.

Judgment affirmed, with costs; no opinion.
Concur: Parker, Ch. J., Gray, Bartlett, Martin, Vann, Cullen and Werner, JJ.